IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEREK R. TILLMAN,**<br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**CITY OF COATESVILLE, POLICE CHIEF JOHN LAUFER AND POLICE CORPORAL JEFFREY INGEMIE,**<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 17-4152 |

## ORDER

And now, this 16th day of February, 2018, upon consideration of Defendant's Motion to Dismiss (ECF Nos. 11, 12, 13, 14), Plaintiff's Response in Opposition thereof (ECF Nos. 16 & 17), and Defendant's Reply thereto (ECF No. 18), **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) Defendants' Motion to Dismiss Count Three (false arrest) is **GRANTED**. Count Three is **DISMISSED WITH PREJUDICE**.

(2) Defendants' Motion to Dismiss Count Four (malicious prosecution/abuse of process) is **GRANTED** with respect to Plaintiff's claim for malicious prosecution and **DENIED** with respect to Plaintiff's claim for abuse of process. Plaintiff's claim for malicious prosecution is **DISMISSED WITH PREJUDICE**.

(3) Defendant's Motion to Dismiss Count Five (negligent infliction of emotional distress) is **GRANTED**. Plaintiff's claim for negligent infliction of emotional distress is **DISMISSED WITH PREJUDICE**.

(4) Defendant's Motion to Dismiss Count Six (intentional infliction of emotional distress) is **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**